UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PLAINTIFF(S)

CASE NUMBER
2:18−cv−14423−JEM

v.

,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**any and all potential claimants, other than Kurt Wetmiller and Brittney Olson, as parents and natural guardians of Kysa P. Wetmiller**

as of course, on the date June 27, 2019.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Jeffrey Adams*
Deputy Clerk

cc:  Judge Jose E. Martinez
     Austin Hunt

Case 2:18-cv-14423-JEM Document 11 Entered on FLSD Docket 06/27/2019 Page 2 of 2

CV–37 (10/01)